In error to the District Court of the United States for Porto Rico. January 21, 1913. Dismissed with costs, pursuant to the tenth rule. *Mr. Francis H. Dexter* for the plaintiff in error. *The Attorney General* for the defendants in error.

---

No. 773. R. A. MARKS ET AL., PLAINTIFFS IN ERROR, *v.* S. A. DAVIS ET AL. In error to the Supreme Court of the State of Kansas. January 23, 1913. Dismissed with costs, on motion of *Mr. M. E. Olmsted* for the plaintiffs in error. *Mr. Marlin E. Olmsted* and *Mr. D. R. Hite* for the plaintiffs in error. No appearance for the defendants in error.

---

No. 950. CONGREGACION DE LA MISION DE SAN VICENTE DE PAUL, APPELLANT, *v.* FRANCISCO REYES Y MIJARES AND BANCO ESPANOL FILIPINO. Appeal from the Supreme Court of the Philippine Islands. January 27, 1913. Docketed and dismissed with costs, on motion of *Mr. Evans Browne* for the appellees. *Mr. Evans Browne* for the appellees. No one opposing.

---

No. 461. CENTRAL VERMONT RAILWAY COMPANY, APPELLANT, *v.* JOHN W. REDMOND, ET AL., CONSTITUTING THE PUBLIC SERVICE COMMISSION OF THE STATE OF VERMONT. Appeal from the Circuit Court of the United States for the District of Vermont. January 29, 1913. Dismissed with costs, on motion of counsel for the appellant, and cause remanded to the District Court of the United States for the District of Vermont. *Mr. C. W. Witters* and *Mr. George B. Young* for the appellant. No appearance for the appellees.